UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| **RANDY CALDWELL SR., R.C., a minor,** ) <br> **and OLIVIA BLANCHETTE, individually** ) <br> **and as guardians of a minor,** ) <br>   ) <br>   **Plaintiffs,** ) <br> v.  ) <br>   ) <br> **BOURBONNAIS POLICE OFFICERS** ) <br> **B. BERRIE (Star #003), Sgt. Anderson, and** ) <br> **the VILLAGE OF BOURBONNAIS,** ) <br>   ) <br>   **Defendants.** ) | Case No. 09-CV-2168 |

## ORDER

A Report and Recommendation (#14) was filed by Magistrate Judge David G. Bernthal in the above cause on September 29, 2009. On October 16, 2009, Defendants filed their Objection to Report and Recommendation (#15). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendants' Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#14). This court agrees that Defendant's Motion to Dismiss (#9) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#14) is accepted by this court.

(2) Defendant's Motion to Dismiss (#9) is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 21st day of October, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE